# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0101.  LEON BROOKER v. SHIPMAN FAMILY INVESTMENTS.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Defendant Leon Brooker appealed to the state court, which also ruled in the plaintiff's favor.  Brooker then filed this direct appeal.

The state court's decision is not subject to direct appeal.  Because the order at issue is a de novo ruling on appeal from a magistrate court decision, Brooker was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction to review the case.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  08/28/2018
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*